| 1  | WRIGHT, FINLAY & ZAK, LLP |
|    | Christopher A. J. Swift, Esq. |
| 2  | Nevada Bar No. 11291 |
|    | Ramir M. Hernandez, Esq. |
| 3  | Nevada Bar No. 11731 |
| 4  | 7785 W. Sahara Ave., Suite 200 |
|    | Las Vegas, NV 89117 |
| 5  | (702) 475-7964; Fax: (702) 946-1345 |
|    | rhernandez@wrightlegal.net |
| 6  | *Attorneys for Defendant, Seterus, Inc.* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MIGUEL-ANGEL MARTINEZ, | Case No.: 2:18-cv-02059-GMN-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| SETERUS, INC, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff, Miguel-Angel Martinez ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On October 26, 2018, Plaintiff filed his Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on October 31, 2018. Based on the above service, Seterus' answer or responsive pleading is due on or before November 21, 2018. The Parties have discussed extending the deadline for Seterus to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading be extended to December 12, 2018.

/././

/././

/././

/././

/././

This is the first stipulation for extension of time for Seterus to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

| | |
|---|---|
| DATED this 19th day of November, 2018.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 19th day of November, 2018.<br>HAINES& KRIEGER, LLC |
| */s/ Ramir M. Hernandez*<br>Christopher A. J. Swift, Esq.<br>Nevada Bar No. 11291<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 11731<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Seterus, Inc.* | */s/ Shawn W. Miller*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff, Miguel-Angel Martinez* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2018