WRIGHT, FINLAY & ZAK, LLP
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL-ANGEL MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC,<br><br>Defendant. | Case No.: 2:18-cv-02059-GMN-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Plaintiff, Miguel-Angel Martinez ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On October 26, 2018, Plaintiff filed his Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on October 31, 2018. Plaintiff and Seterus previously agreed to extend the deadline for Seterus to respond to the complaint to December 12, 2018 [ECF No. 8]. The Parties have since discussed extending the deadline for Seterus to file its responsive pleading by another two weeks.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading to December 26, 2018.

/././

/././

/././

/././

1 | This is the second stipulation for extension of time for Seterus to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution without incurring additional fees. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 12th day of December, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

DATED this 12th day of December, 2018.  
HAINES & KRIEGER, LLC

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff, Miguel-Angel Martinez*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2018